Tanya E. Moore, SBN 206683
Zachary M. Best, SBN 166035
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: service@mission.legal

Attorneys for Plaintiff,
Albert Dytch

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DYTCH,<br><br>    Plaintiff,<br><br>vs.<br><br>NEIGHBORHOOD RESTAURANT GROUP, LLC dba MONAGHAN'S ON THE HILL, et al.,<br><br>    Defendants. | No. 3:18-cv-05390-SK<br><br>**STIPULATION TO EXTEND DEADLINE TO COMPLETE JOINT SITE INSPECTION REQUIRED BY GENERAL ORDER 56; [PROPOSED] ORDER** |

    Plaintiff, Albert Dytch ("Plaintiff"), and Defendants, Neighborhood Restaurant Group, LLC dba Monaghan's on the Hill; and OYH LLC (collectively "Defendants," and together with Plaintiff, "the Parties"), by and through their respective counsel, hereby stipulate as follows:

    1.    This action arises out of Plaintiff's claims that Defendants denied him full and equal access to their public accommodation on account of his disabilities in violation of Title III of the Americans with Disabilities Act ("ADA") and parallel California law. Plaintiff seeks injunctive relief under federal and California law, as well as damages under California law. This matter therefore proceeds under this district's General Order 56 which governs ADA access matters.

2. The Court has ordered that the Parties conduct a joint site inspection of the subject property on or before December 14, 2018 (Dkt. 4).

3. The Parties are engaging in settlement discussions and wish to avoid incurring additional attorney's fees and costs incident to attending the joint site inspection while settlement efforts are being exhausted.

4. The Parties have agreed to conduct the joint site inspection on January 23, 2019 at 11:00 a.m. if the matter does not settle prior to that time, subject to the Parties' reservation to further modify the date if necessary.

5. Accordingly, the Parties stipulate to extend the deadline to conduct the joint site inspection to January 23, 2019, with all dates triggered by that deadline continued accordingly.

**IT IS SO STIPULATED.**

Dated: December 6, 2018                MOORE LAW FIRM, P.C.

*/s/ Zachary M. Best*
Zachary M. Best
Attorneys for Plaintiff,
Albert Dytch


Dated:  December 6, 2018               VAUGHAN & ASSOCIATES

*/s/ Khushpreet R. Mehton*
Cris C. Vaughan
Khushpreet R. Mehton
Attorneys for Defendants,
Neighborhood Restaurant Group, LLC
dba Monaghan's on the Hill; and OYH LLC

///

///

///

///

# ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

          */s/ Zachary M. Best*
          Zachary M. Best
          Attorneys for Plaintiff,
          Albert Dytch

# [PROPOSED] ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the deadline for the Parties to complete the joint site inspection is extended to January 21, 2019, with all dates triggered by that deadline continued accordingly.

**IT IS SO ORDERED**.

Dated: Dec. 7, 2018

United States Magistrate Judge